**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Armando RUIZ–SALAZAR,**
**Defendant—Appellant.**

**No. 03–50419.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 27, 2005.

Mark C. Krause, Esq., USLA–Office of The U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Darlene M. Ricker, Attorney at Law, Malibu, CA, for Defendant–Appellant.

Before: T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

MEMORANDUM **

Armando Ruiz–Salazar appeals his guilty-plea conviction and 135–month sen-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

tence for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ruiz–Salazar has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Ruiz–Salazar filed a pro se supplemental brief and the government filed an answering brief.

We conduct an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

Counsel's motion to withdraw is granted.

DISMISSED.